

### CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE
### THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
### DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **THOMAS WILLIAM PRIGNANO**

Case No.   **20-01115-RM3-13**

341 Date:   **April 7, 2020  8:30 am**

---

1. Is your current mailing address?                                        Yes ✓        No ____

   **7201 CHARLOTTE PIKE APT 101, NASHVILLE, TN  37209**

   If your address is not correctly listed, indicate your correct mailing address:

   _____

   _____

   Email address:_____

   I consent to Trustee sending correspondence by email, unless noted here. _____

---

2. What is your current phone number?

   Home phone:_____        Cell phone: *860-810-8371*

---

3. Do you have a domestic support obligation **YOU HAVE TO PAY** such as child support, or alimony?     Yes ____    No ✓

   If yes, please provide the following :

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount:    $_____

   When will your obligation to pay end? _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?     Yes ____    No ____

---

4. Have you filed all required tax returns for the past four years?

   Yes ✓        No ____

   Not required to file a tax return _____

   If no, why not and identify the specific years: _____

---

5. Have you previously filed bankruptcy?                                    Yes ____    No ✓

   If yes, under what chapter did you file, when did you file,
   where did you file and state if you received a discharge?        _____

---

6. Are you currently employed at:                                         Yes ✓        No ____

   *United Health Group via Optum*

**7. If you have had a change in employment since filing your Chapter 13 case-**

Name & address of new employer _____

_____

_____

New monthly income amount                                                    $_____

How often are you paid ?          Weekly ____  Every two weeks _____  Semi-Monthly ____  Monthly____

| | | |
|---|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes ✓ | No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes ✓ | No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes ✓ | No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes ✓ | No ____ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ | No ✓ |

**13. I have reviewed my budget today. The budget is accurate and I can live on this budget.**          Yes ✓   No ____

**14. Identify the attorney or other individual with whom you determined which chapter to file under.**

David Ward, Ryan Lloyd

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.

David Ward, Ryan Lloyd

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.**

04/19/2020
_____
Date

_____
Debtor's Signature

**CLARK AND WASHINGTON PC**
_____
Debtors Attorney

**THOMAS WILLIAM PRIGNANO**

| For Trustee Use Only |
|---|
| Tax Return received _____ |
| Pay Advices received _____ |

vers. 9/19/19

Case 3:20-bk-01115   Doc 27   Filed 04/29/20   Entered 04/29/20 12:13:25   Desc Main
Document      Page 2 of 4

**CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE**
**THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH**
**DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS**



Name: **TOMME NOELLE PRIGNANO**

Case No.  **20-01115-RM3-13**
341 Date:  **April 7, 2020  8:30 am**

1. Is your current mailing address?

   **7201 CHARLOTTE PIKE APT 101, NASHVILLE, TN  37209**

   Yes _✓_  No ____

   If your address is not correctly listed, indicate your correct mailing address:

   _____

   _____

   Email address: _noelle.prignano7@gmail.com_

   I consent to Trustee sending correspondence by email, unless noted here.  _____

2. What is your current phone number?

   Home phone: _____   Cell phone: _917-903-1954_

3. Do you have a domestic support obligation **YOU HAVE TO PAY** such as child support, or alimony?   Yes _____  No _✓_

   If yes, please provide the following :

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount:   $ _____

   When will your obligation to pay end? _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?   Yes _____  No _____

4. Have you filed all required tax returns for the past four years?   Yes _✓_ No ____

   Not required to file a tax return ____

   If no, why not and identify the specific years: _____

5. Have you previously filed bankruptcy?   Yes _____  No _✓_

   If yes, under what chapter did you file, when did you file,
   where did you file and state if you received a discharge?  _____

6. Are you currently employed at:   Yes _✓_ No ____
   _Metro Nashville Public Schools_

**7.** If you have had a change in employment since filing your Chapter 13 case-

Name & address of new employer _____

_____

_____

New monthly income amount                                    $_____

How often are you paid ?        Weekly ____ Every two weeks ____ Semi-Monthly ____ Monthly ____

---

**8.** Did you personally read and then sign the petition, schedules, statements and related documents?        Yes ✓ No ____

**9.** Is the signature on the petition and the schedules your own?        Yes ✓ No ____

**10.** Did you list everyone you owe money to in your schedules and statements?        Yes ✓ No ____

**11.** Did you list everything you own in your schedules and statements?        Yes ✓ No ____

**12.** Do you have a lawsuit or potential lawsuit against any person or company?        Yes ____ No ✓

**13.** I have reviewed my budget today. The budget is accurate and I can live on this budget.        Yes ✓ No ____

---

**14.** Identify the attorney or other individual with whom you determined which chapter to file under. _David Ward, Ryan Lloyd_

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan. _David Ward, Ryan Lloyd_

---

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

04/19/2020
Date

_Noelle Prignano_
Debtor's Signature

CLARK AND WASHINGTON PC
Debtors Attorney

TOMME NOELLE PRIGNANO

| For Trustee Use Only |
|---|
| Tax Return received _____ |
| Pay Advices received _____ |