**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: ) | |
| THOMAS WILLIAM PRIGNANO ) | |
| TOMME NOELLE PRIGNANO ) | CASE NO: 20-01115-RSM-13 |
| 7201 CHARLOTTE PK. #101 ) | CHAPTER 13 |
| NASHVILLE, TN 37209 ) | JUDGE MASHBURN |
| SSN: XXX-XX-9751/9207 ) | |
| Debtors. ) | |

_____

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: JUNE 23RD, 2020**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: JULY 1ST, 2020 AT 8:30 AM**
**IN COURTROOM 1, 2ND FLOOR, CUSTOMS HOUSE, 701 BROADWAY, NASHVILLE, TN 37203**

## Notice of Motion to Modify Chapter 13 Plan under 11 U.S.C. §1329 to Suspend Payments

The Debtors have asked the court for the following relief: To suspend plan payments

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov><https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

   If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

   If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: 6/2/2020   Signature: */s/ Ryan Lloyd*
   RYAN LLOYD, #034323
   Clark & Washington, PC
   Attorneys for Debtor(s)
   237 French Landing Drive
   Nashville, TN 37228

615-251-9782; Fax: 615-251-8919
Email: cwnashville@cw13.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: ) | |
| THOMAS WILLIAM PRIGNANO ) | |
| TOMME NOELLE PRIGNANO ) | CASE NO: 20-01115-RSM-13 |
| 7201 CHARLOTTE PK. #101 ) | CHAPTER 13 |
| NASHVILLE, TN 37209 ) | JUDGE MASHBURN |
| SSN: XXX-XX-9751/9207 ) | |
| Debtors. ) | |

### Motion to Modify Chapter 13 Plan under 11 U.S.C. §1329 to Suspend Payments

**COMES NOW** the Debtors, by and through counsel, and move this Honorable Court to allow a modification of their plan under 11 U.S.C. §1329 to suspend their payments temporarily. In support of this Motion, the Debtors would show unto this Honorable Court as follows:

1. Debtor 2, Mrs. Prignano, is a schoolteacher that is transferring to Connecticut in the summer, and currently has no income. The school year will not start until the end of August. This will be the only time in which the Debtors will be unable to make the plan payments in the summer, as she will be officially employed and receive a salary in the summers moving forward.

2. The Debtors propose to modify the plan under 11 U.S.C. §1329 to suspend payments for sixty (60) days.

3. The suspension, if granted, will cause the plan payment to increase to $2,141.97 per month.

4. The suspension, if granted, will not cause the plan length to change. It will stay the same at 60 months.

5. The suspension, if granted, will not change the treatment of secured creditors under the plan.

6. The Debtors shall attend the Trustee's Workshop within forty-five days of it being offered again.

**WHEREFORE, PREMISES CONSIDERED,** the Debtors move this Honorable Court to allow the proposed suspension of payments in accordance with the request made above.

Respectfully submitted this the 2nd day of June, 2020

*/s/ Ryan Lloyd*
RYAN LLOYD, #034323
Clark & Washington, PC
Attorneys for Debtor(s)

237 French Landing Drive
Nashville, TN 37228
615-251-9782; Fax: 615-251-8919
Email: cwnashville@cw13.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 2nd day of June, 2020, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

Beth R. Derrick, Assistant U.S. Trustee
Henry E. Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, postage prepaid to:*
To the Debtor(s) at the above referenced address.
All creditors on the mailing matrix.

*By Certified Mail to:*

*Total Mailings by U.S. Postal Service: 37*

/s/ *Ryan Lloyd*
RYAN LLOYD #034323

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| IN RE: | ) | |
| **THOMAS WILLIAM PRIGNANO** | ) | |
| **TOMME NOELLE PRIGNANO** | ) | **CASE NO: 20-01115-RSM-13** |
| **7201 CHARLOTTE PK. #101** | ) | **CHAPTER 13** |
| **NASHVILLE, TN 37209** | ) | **JUDGE MASHBURN** |
| SSN: XXX-XX-9751/9207 | ) | |
| **Debtors.** | ) | |

**ORDER GRANTING MOTION TO MODIFY CHAPTER 13 PLAN TO SUSPEND PAYMENTS**

Upon consideration of the Motion to Modify Chapter 13 Plan to Suspend filed herein on June 2ND, 2020, and the twenty-one (21) days having passed within which to file an objection after proper LBR 9013-1 Notice was mailed; it is

**ORDERED**, that Debtor 2, Mrs. Prignano, is a schoolteacher that is transferring to Connecticut in the summer, and currently has no income. The school year will not start until the end of August. This will be the only time in which the Debtors will be unable to make the plan payments in the summer, as she will be officially employed and receive a salary in the summers moving forward.

**ORDERED** that the Motion shall be granted and the Chapter 13 plan payments shall be suspended in the case for a period of two months, it is further

**ORDERED** that the plan payments shall increase to $2,141.97 monthly, it is further

**ORDERED** that the plan length shall stay the same at 60 months, it is further

**ORDERED** the treatment of secured creditors will remain the same, it is further

**ORDERED** that the Debtors shall attend the Trustee's Workshop within forty-five (45) days of it being offered again.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

*/s/ Ryan Lloyd*
RYAN LLOYD, #034323
Clark & Washington, PC
Attorneys for Debtor(s)
237 French Landing Drive
Nashville, TN 37228
615-251-9782; Fax: 615-251-8919
Email: cwnashville@cw13.com

# PROPOSED