| | | |
|---|---|---|
| Label Matrix for local noticing<br>0650-3<br>Case 3:20-bk-01133<br>MIDDLE DISTRICT OF TENNESSEE<br>Nashville<br>Tue Jun  2 11:38:56 CDT 2020 | CITIZENS SAVINGS & LOAN<br>C/O Mayfield & Lester, Attys<br>PO Box 789<br>Chattanooga, TN 37401-0789 | Citizens Tri-Co Bank<br>PO Box 697<br>Dunlap, TN 37327-0697 |
| 701 Broadway Room 170<br>Nashville, TN 37203-3979 | Advance Financial<br>100 Oceanside Drive<br>Nashville TN 37204-2351 | Advance Financial<br>c/o Barry Gammons Law Firm<br>P.O. Box 330610<br>Nashville TN 37203-7509 |
| Afterpay<br>GPO BOX 2269<br>Melbourne, VIC<br>3001 Australia | AvanteUSA Ltd.<br>3600 South Gessner Road<br>Suite 225<br>Houston TX 77063-5357 | Ben Lomand Tel Connect<br>c/o Helvey & Associates<br>1029 East Center St<br>Warsaw IN 46580-3420 |
| Cash Net Usa<br>175 West Jackson Blvd<br>Suite 1000<br>Chicago IL 60604-2863 | (p)CITIZENS TRI COUNTY BANK<br>2030 DECHERD BLVD<br>DECHERD TN 37324-3818 | Creekside Finance In<br>125 Wamsutta Mill Road<br>Ste E<br>Morganton NC 28655-5522 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Road<br>Saint Cloud MN 56303-0820 | (p)FROST ARNETT<br>BANKRUPTCY DEPARTMENT<br>PO BOX 198988<br>NASHVILLE TN 37219-8988 | Harpeth Financial Services, LLC<br>c/o Barry J Gammons<br>P.O. Box 330610<br>Nashville, TN 37203-7509 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Middle Tennessee Emerg Phys PC<br>PO Box 97<br>San Dimas CA 91773-0097 | Murfreesboro City Hall<br>111 W Vine Street<br>#202<br>Murfreesboro TN 37130-3573 |
| Murfreesboro Dermatology<br>PO Box 249<br>Goodlettsville TN 37070-0249 | Pathgroup Labs<br>Po Box 740858<br>Cincinnati OH 45274-0858 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| Quantum3 Group LLC as agent for<br>Capio Partners LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Senex Services Corp<br>Attn: Bankruptcy<br>333 Founders Rd 2nd Floor<br>Indianapolis IN 46268 | Southeastern Emergency Physicians<br>c/o Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville TN 37909-1156 |
| Southeastern Emergency Physicians LLC<br>PO Box 1123<br>Minneapolis, MN 55440-1123 | Southern Tennessee Medical Cen<br>c/o AssetCare<br>Attn: Bankruptcy<br>Po Box 1127<br>Sherman TX 75091-1127 | Tennessee Ortho<br>PO Box 1870<br>Cary NC 27512-1870 |
| Tracy City Public Utility<br>14371 US 41<br>Po BOx 28<br>Tracy City TN 37387-0028 | U.S. Department of Education<br>Ecmc/Bankruptcy<br>Po Box 16408<br>Saint Paul MN 55116-0408 | US Attorney General<br>950 Pennsylvania Ave, NW<br>Washington DC 20530-0009 |

| US Attorney for Middle District of Tenne | US TRUSTEE + | World Acceptance/Finance Corp |
|---|---|---|
| 110 9th Ave S | OFFICE OF THE UNITED STATES TRUSTEE | Attn: Bankruptcy |
| Ste A 961 | 701 BROADWAY STE 318 | Po Box 6429 |
| Nashville TN 37203-3870 | NASHVILLE, TN 37203-3966 | Greenville SC 29606-6429 |

| World Finance Corp. c/o World Acceptance Cor | Angela Yvonne Wilson | HENRY EDWARD HILDEBRAND III + |
|---|---|---|
| Attn: Bankruptcy Processing Center | 3707 Southridge Blvd | OFFICE OF THE CHAPTER 13 TRUSTEE |
| PO Box 6429 | Murfreesboro, TN 37128-6883 | PO BOX 340019 |
| Greenville, SC 29606-6429 | | NASHVILLE, TN 37203-0019 |

RYAN THOMAS LLOYD  +
CLARK AND WASHINGTON
237 FRENCH LANDING DR
NASHVILLE, TN 37228-1601

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| Citizens Tri-County Bank | Frost-Arnett | Phoenix Financial Services, LLC |
|---|---|---|
| Attn: Bankruptcy | Attn: Bankruptcy | Attn: Bankruptcy |
| 15699 Rankin Ave | Po Box 198988 | Po Box 361450 |
| Dunlap TN 37327 | Nashville TN 37219 | Indianapolis IN 46236 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Citizens Tri-Co Bank
P.O. Box 697
Dunlap, TN 37327-0697

End of Label Matrix
Mailable recipients    36
Bypassed recipients     1
Total                  37