IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

IN RE: ) CASE NUMBER: 20-01115-RSM
    THOMAS WILLIAM PRIGNANO )
               AND ) CHAPTER: 13
    TOMME NOELLE PRIGNANO )
       Debtors )

## NOTICE OF CHANGE OF DEBTOR'S ADDRESS

COMES NOW the debtors, by and through counsel, and hereby gives notice that his/her/their mailing address has changed as follows:

NEW ADDRESS:    THOMAS WILLIAM PRIGNANO
                      AND
                      TOMME NOELLE PRIGNANO
                      238 PARKER STREET
                      MANCHESTER, CT 06040

I certify that on this day, I served the Trustee, HENRY EDWARD HILDEBRAND, III P. O. BOX 340019 NASHVILLE, TN 37203 with a copy of the 'Debtor's Change of Address', by electronic case filing. I certify that I served the Debtor a copy of this Debtor's Change of Address by placing a true copy of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

| NEW ADDRESS: | OLD ADDRESS: |
|---|---|
| THOMAS WILLIAM PRIGNANO | THOMAS WILLIAM PRIGNANO |
| AND | AND |
| TOMME NOELLE PRIGNANO | TOMME NOELLE PRIGNANO |
| 238 PARKER STREET | 107 EMILY WAY |
| MANCHESTER, CT 06040 | HARTFORD, CT 06107 |

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

                      Ryan Lloyd, Attorney for Debtor

Dated: <u>7/22/2020</u>

                      <u>/s/Ryan Lloyd, TBN</u>
                      Ryan Lloyd
                      CLARK & WASHINGTON, LLC
                      Attorney for Debtor(s)
                      237 French Landing
                      Nashville, TN 37228
                      615-251-9782; Fax 615-251-8919