# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

THOMAS WILLIAM PRIGNANO  
TOMME NOELLE PRIGNANO  
238 PARKER STREET  
MANCHESTER, CT 06040

Case No. **20-01115-RM3-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-9751     SSN XXX-XX-9207

## TRUSTEE'S NOTICE OF CLAIMS FILED IN THE ABOVE STYLED CASE

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been filed in the above styled case. The deadline for filing non government claims in this case was **May 01, 2020**. The deadline for filing claims by governmental units was **August 19, 2020**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>, 00000 | $0.00<br>DATE FILED: NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| VW CREDIT INC<br>NATIONAL BANKRUPTCY SERVICES LLC<br>P O BOX 734400<br>DALLAS, TX 75373 | $25,569.21<br>DATE FILED: 5/1/2020 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 21<br><br>ACCT: **1461**<br>COMM: 2019 VOLKSWAGEN JETTA |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 % + 4.75%** | COURT'S CLAIM# 20 |
| VW CREDIT INC<br>NATIONAL BANKRUPTCY SERVICES LLC<br>P O BOX 734400<br>DALLAS, TX 75373 | $3,975.00<br>DATE FILED: 5/1/2020 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **8645**<br>COMM: 2013 VOLKSWAGEN JETTA |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **100.00 % + 4.75%** | COURT'S CLAIM# 21 |

| Creditor | Amount / Date Filed | Status |
|---|---|---|
| UNITED STATES TREASURY<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>DATE FILED: 4/3/2020 | PRIORITY CREDITOR (C)<br>Disb level: 0<br><br>ACCT: **9751**<br>COMM: 2019 INCOME TAX AMENDED TO ZERO |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 4 |
| EDFINANCIAL SERVICES<br>ON BEHALF OF ASCENDIUM AND AFFILIATES<br>P O BOX 809142<br>CHICAGO, IL  60680 | $8,669.90<br>DATE FILED: 3/12/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9207**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 6 |
| ASCENDIUM EDUCATION SOLUTIONS AND AFFILIATES<br>P O BOX 809142<br>CHICAGO, IL  60680 | $9,086.63<br>DATE FILED: 3/11/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9207**<br>COMM: MULTIPLE ACCOUNTS STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 5 |
| BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>FL1 908 01 50<br>TAMPA, FL  33634 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8789**<br>COMM: CREDIT CARD |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | $3,893.55<br>DATE FILED: 4/28/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7307**<br>COMM: BARCLAYS BANK DELAWARE |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 17 |

| Creditor | Amount / Date | Claim Info |
|---|---|---|
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | **$9,548.86**<br>DATE FILED: 3/30/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **9623**<br>COMM: MULTIPLE ACCOUNTS CREDIT CARD |
|  | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 11 |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | **$3,236.29**<br>DATE FILED: 3/19/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **8017**<br>COMM: MULTIPLE ACCOUNTS CREDIT CARD |
|  | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 9 |
| COMENITY BANK ANN TAYLOR<br>P O BOX 182125<br>COLUMBUS, OH  43218 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **4157**<br>COMM: CREDIT CARD |
|  | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# |
| EDFINANCIAL SERVICES<br>ON BEHALF OF ASCENDIUM AND AFFILIATES<br>P O BOX 809142<br>CHICAGO, IL  60680 | **$13,085.79**<br>DATE FILED: 3/12/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **9207**<br>COMM: MULTIPLE ACCOUNTS STUDENT LOAN |
|  | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 7 |
| FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST STOP CODE 3129<br>OMAHA, NE  68197 | **$4,902.00**<br>DATE FILED: 4/7/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **7424**<br>COMM: CREDIT CARD |
|  | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 14 |

| | | |
|---|---|---|
| HEALTH CREDIT SERVICES<br>1401 W MOREHEAD ST STE 200<br>CHARLOTTE, NC 28208 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: MEDICAL |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC 29603 | $8,652.88<br>DATE FILED: 4/27/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0407**<br>COMM: MULTIPLE ACCOUNTS |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 16 |
| NAVIENT PC TRUST<br>NAVIENT SOLUTIONS LLC<br>P O BOX 9000<br>WILKES BARRE, PA 18773 | $3,511.33<br>DATE FILED: 3/6/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9207**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 3 |
| RAM PARTNERS<br>SUMMIT AT NASHVILLE WEST<br>7201 CHARLOTTE PIKE<br>NASHVILLE, TN 37209 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: RESIDENTIAL |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL 60677 | $3,136.39<br>DATE FILED: 4/29/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0856**<br>COMM: JEWELRY DQ |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 19 |

| | | |
|---|---|---|
| US ATTORNEY GENERAL<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20530 | **$0.00**<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| RAM PARTNERS<br>SUMMIT AT NASHVILLE WEST<br>7201 CHARLOTTE PIKE<br>NASHVILLE, TN  37209 | **$0.00**<br>DATE FILED: NOT FILED | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>PAID OUTSIDE<br>ACCT:<br>COMM: RESIDENTIAL |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| NAVIENT PC TRUST<br>NAVIENT SOLUTIONS LLC<br>P O BOX 9000<br>WILKES BARRE, PA  18773 | **$2,339.49**<br>DATE FILED: 3/6/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9207**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 1 |
| NAVIENT PC TRUST<br>NAVIENT SOLUTIONS LLC<br>P O BOX 9000<br>WILKES BARRE, PA  18773 | **$1,124.90**<br>DATE FILED: 3/6/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9207**<br>COMM: STUDENT LOAN |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 2 |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | **$1,703.32**<br>DATE FILED: 3/26/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0850**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 10 |

| | | |
|---|---|---|
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | **$1,034.95**<br>DATE FILED: 3/18/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **7607**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 8 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | **$9,070.03**<br>DATE FILED: 3/30/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8957**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 25<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 12 |
| CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC  28272 | **$3,432.16**<br>DATE FILED: 3/30/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5358**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 26<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 13 |
| VERIZON<br>AMERICAN INFOSOURCE LP<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | **$551.61**<br>DATE FILED: 4/24/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0001**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 27<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 15 |
| STATE OF CONNECTICUT<br>ATTN DEPT OF REVENUE SERV<br>25 SIGOURNEY ST<br>HARTFORD, CT  06106 | **$0.00**<br>DATE FILED: NOT FILED | PRIORITY CREDITOR (C)<br>Disb level: 31<br><br>ACCT:<br>COMM: 2019 INCOME TAX |
| | TRUSTEE'S CLAIM NO: 28<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |

| Creditor | Amount | Details |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | $14,938.06<br>DATE FILED: 4/28/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **0428**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 29<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 18 |
| VW CREDIT INC<br>NATIONAL BANKRUPTCY SERVICES LLC<br>P O BOX 734400<br>DALLAS, TX  75373 | $2,113.62<br>DATE FILED: 5/1/2020 | UNSECURED CREDITOR (H)<br>Disb level: 41<br>ACCT: **8645**<br>COMM: UNSECURED PORTION OF SPLIT CLAIM |
| | TRUSTEE'S CLAIM NO: 10003<br>PERCENT ALLOWED: **70.00 %** | COURT'S CLAIM# 21 |

TOTAL                                                                $138,172.97

The Trustee proposes to pay on such claims in accordance with the confirmed plan, unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| | | |
|---|---|---|
| 10/01/20<br>DATE | DT<br>INITIALS | /s/ Henry E. Hildebrand, III<br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

cc: HENRY E. HILDEBRAND, III

THOMAS WILLIAM PRIGNANO
TOMME NOELLE PRIGNANO
238 PARKER STREET
MANCHESTER, CT  06040

CLARK AND WASHINGTON PC
237 FRENCH LANDING DR
NASHVILLE, TN  37228