IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In the Matter of: | ) |
| | ) Case No. 3:20-bk-01115-RSM-13 |
| THOMAS WILLIAM PRIGNANO | ) |
| TOMMENOELLE PRIGNANO | ) Relief from stay to enforce lien |
| | ) Date of Scheduled Hearing: |
| Debtor. | ) |
| | ) _____ |
| VW CREDIT INC. | ) |
| Secured Claimant. | ) |

Affected Collateral: <u>one (1) 2013 Volkswagen Jetta Sedan, VIN: 3VWBP7AJ4DM256291</u>

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY OF §362(a)

The Secured Claimant identified above, Nissan Motor Acceptance Corp. has moved for relief from the automatic stay imposed by 11 U.S.C. §362(a) with respect to the Affected Collateral. Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing. Therefore,

IT IS ORDERED that the automatic stay in 11 U.S.C. §362(a) is terminated with respect to the Secured Claimant and its Affected Collateral, <u>one (1) 2013 Volkswagen Jetta Sedan, VIN: 3VWBP7AJ4DM256291</u>

IT IS FURTHER ORDERED that the stay in FED. R. BANKR. P. 4001(a)(3) does not apply.

This Order was signed and entered electronically as indicated at the top of the first page.

***/s/ Paul J. Spina, III***
Paul J. Spina, III
Spina & Lavelle, P.C.
Attorney for Creditor
One Perimeter Park South
Suite 400N
Phone: (205) 298-1800
Fax: (205) 298-1801
E-mail: pspina@spinalavelle.com

**This order was prepared by:**
SPINA & LAVELLE, P.C.
One Perimeter Park South
Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

#
#
#