IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESEE

In the Matter of:

THOMAS WILLIAM PRIGNANO
TOMME NOELLE PRIGNANO
Debtors.

VW CREDIT INC
Secured Claimant.

Case No. 3:20-bk-01115-RSM

Chapter 13

## CONDITIONAL ORDER

This matter came before the Court on the Motion for Relief from Automatic Stay of 11 U.S.C. § 362 filed by VW Creditm, Inc., (hereinafter "VW Credit."). The parties, through counsel, are in agreement as to the disposition of this matter. Based upon this agreement, it is ordered that, VW Credit's Motion for Relief from Automatic Stay of 11 U.S.C. § 362 is denied as to **one (1) 2013 Volkswagen Jetta Sedan, VIN: 3VWBP7AJ4DM256291,** conditioned upon the following:

1. That beginning with the January 2021 plan payment and continuing with each and every plan payment thereafter, in the event the Chapter 13 Trustee fail to receive the required

plan payments in the full amount due and in the month due in any future month, a notice to cure the default shall be sent to the Attorney for the Debtors and to the Debtors. This includes any payments that the Debtors are permitted to miss by Order of this Court. If the stated default is not cured within fifteen (15) days of the notice, then VW Credit shall submit and Order granting relief of stay. Upon the entry of said Order, the automatic stay as to VW Credit will be terminated.

2. The parties agree and acknowledge that the terms of this agreed/stipulated order will not survive the dismissal of the Debtors' bankruptcy case.

This Order was signed and entered electronically as indicated at the top of the first page.

*/s/Paul J. Spina, III*
Paul J. Spina, III
Attorney for Creditor
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
Office: (205) 298-1800
Fax: (205) 298-1801
E-mail: pspina@spinalavelle.com

*/s/ Ryan Thomas Lloyd*
Ryan Thomas Lloyd
Clark and Washington
237 French Landing DR
Nashville, TN 37228
615-251-9782
Fax: (615) 251-8919
cwnashville@cw13.com

/s/ Henry E. Hildebrand, III

Henry Edward Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203
Office: (615) 244-1101
Fax: (615) 242-3241
E-mail: pleadings@ch13nsh.com

**This Order was prepared by:**
SPINA, & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

```
                                        #
                                        #
                                        #
```