Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 12/31/2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESEE

| | |
|---|---|
| **In the Matter of:** | Case No. 3:20-bk-01115-RSM |
| **THOMAS WILLIAM PRIGNANO** | |
| **TOMME NOELLE PRIGNANO** | Chapter 13 |
| **Debtors.** | |
| | |
| **VW CREDIT INC** | |
| **Secured Claimant.** | |

## AMENDED AGREED ORDER CONDITIONALLY DENYING MOTION FOR RELIEF

This order amends the Agreed Order entered on December 16, 2020 denying with conditions the Motion for Relief from Automatic Stay of 11 U.S.C. § 362 filed by VW Creditm, Inc., (hereinafter "VW Credit."). The purpose of the amended order is to clarify the conditions upon which the automatic stay would terminate. The parties, through counsel, are in agreement as to the entry of this Agreed Order. Based upon this agreement, it is ordered that, VW Credit's Motion for Relief from Automatic Stay of 11 U.S.C. § 362 is denied as to **one (1) 2013 Volkswagen Jetta Sedan, VIN: 3VWBP7AJ4DM256291,** conditioned upon the following:

1.  Beginning with the January 2021 plan payment and continuing with each and every

plan payment thereafter, the Debtors shall pay the Chapter 13 Plan payment to the Trustee in the correct amount due each and every month of the plan term.

2. In the event the Debtors fail to pay the required plan payments in the full amount due and in the month due in any future month, a notice to cure the default shall be sent to the Attorney for the Debtors and to the Debtors. This excludes any payments that are suspended or that the Debtors are excused from making by Order of this Court. If the stated default is not cured within fifteen (15) days of the notice being delivered, then VW Credit shall submit and Order granting relief of stay. Upon the entry of said Order, the automatic stay as to VW Credit will be terminated.

This Order was signed and entered electronically as indicated at the top of the first page.

**Order approved by:**

*/s/Paul J. Spina, III*
Paul J. Spina, III
Attorney for Creditor
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
Office: (205) 298-1800
Fax: (205) 298-1801
E-mail: pspina@spinalavelle.com


*/s/ Ryan Thomas Lloyd*
Ryan Thomas Lloyd
Clark and Washington
237 French Landing DR
Nashville, TN  37228
615-251-9782
Fax: (615) 251-8919
cwnashville@cw13.com

/s/ Henry E. Hildebrand, III
Henry Edward Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203
Office: (615) 244-1101
Fax: (615) 242-3241
E-mail: pleadings@ch13nsh.com

**This Order was prepared by:**
SPINA, & LAVELLE, P.C.
One Perimeter Park South, Suite 400N
Birmingham, Alabama 35243
(205) 298-1800

#
#
#

Digitally signed by /s/ Henry E. Hildebrand, III
DN: C=US, CN="/s/ Henry E. Hildebrand, III", E=pleadings@ch13nsh.com
Reason: I am the author of this document
Location: your signing location here
Date: 2020-12-30 12:06:22
Foxit Reader Version: 9.5.0

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.