Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 7/2/2021



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| THOMAS WILLIAM PRIGNANO ) | |
| TOMME NOELLE PRIGNANO ) | CASE NO: 20-01115-RSM-13 |
| 238 PARKER STREET ) | CHAPTER 13 |
| MANCHESTER, CT 06040 ) | JUDGE MASHBURN |
| SSN: XXX-XX-9751/9207 ) | |
| Debtors. ) | |

## ORDER TO INCUR DEBT

Upon consideration of the Motion for Authority to Incur Debt to obtain student loans and the twenty-one (21) days having passed within which to file an objection; it is therefore

**ORDERED,** that Debtor 2 shall be able obtain student loans in an amount not to exceed $20,000.00 for the purpose of enrolling in the TESOL Education Master's Program at the University of Saint Joseph, it is further

**ORDERED,** the Debtors shall submit to a 11 U.S.C. §521(f) requirement for the remainder of their Chapter 13 bankruptcy case, it is further

**ORDERED,** that the Debtors shall submit a dual-entry budget upon completion of the Master's program in order to show that Debtors can afford both the repayment plan and their Chapter 13 bankruptcy plan payment, it is further

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:

Signature: /s/ Ryan Lloyd
RYAN LLOYD, #034323
Clark & Washington, PC
Attorneys for Debtor(s)
237 French Landing Drive
Nashville, TN 37228
615-251-9782; Fax: 615-251-8919
Email: cwnashville@cw13.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.