United States Bankruptcy Court

Middle District of Tennessee

In re:  Case No. 20-01115-RSM
Thomas William Prignano  Chapter 13
Tomme Noelle Prignano
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0650-3     User: jtd0107     Page 1 of 2
Date Rcvd: Jul 02, 2021     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2021:**

**Recip ID**    **Recipient Name and Address**
db/jdb    + Thomas William Prignano, Tomme Noelle Prignano, 238 PARKER STREET, MANCHESTER, CT 06040-4427

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2021 at the address(es) listed below:

**Name**    **Email Address**

DAVID FREDERICK WARD
    on behalf of Debtor Thomas William Prignano cwnashvilleecf@gmail.com

HENRY EDWARD HILDEBRAND, III
    hhecf@ch13nsh.com

PAUL JOSEPH SPINA, III
    on behalf of Creditor VW Credit Inc. pspina@spinalavelle.com

PRA Receivables Management, LLC
    claims@recoverycorp.com

RYAN THOMAS LLOYD
    on behalf of Debtor Thomas William Prignano cwnashvilleecf@gmail.com

US TRUSTEE
    ustpregion08.na.ecf@usdoj.gov

*Randal S. Mashburn*  
Randal S. Mashburn  
U.S. Bankruptcy Judge



Dated: 7/2/2021

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE AT NASHVILLE

| | |
|---|---|
| IN RE: ) | |
| THOMAS WILLIAM PRIGNANO ) | |
| TOMME NOELLE PRIGNANO ) | CASE NO: 20-01115-RSM-13 |
| 238 PARKER STREET ) | CHAPTER 13 |
| MANCHESTER, CT 06040 ) | JUDGE MASHBURN |
| SSN: XXX-XX-9751/9207 ) | |
| Debtors. ) | |

## ORDER TO INCUR DEBT

Upon consideration of the Motion for Authority to Incur Debt to obtain student loans and the twenty-one (21) days having passed within which to file an objection; it is therefore

**ORDERED,** that Debtor 2 shall be able obtain student loans in an amount not to exceed $20,000.00 for the purpose of enrolling in the TESOL Education Master's Program at the University of Saint Joseph, it is further

**ORDERED,** the Debtors shall submit to a 11 U.S.C. §521(f) requirement for the remainder of their Chapter 13 bankruptcy case, it is further

**ORDERED,** that the Debtors shall submit a dual-entry budget upon completion of the Master's program in order to show that Debtors can afford both the repayment plan and their Chapter 13 bankruptcy plan payment, it is further

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THIS PAGE.**

APPROVED FOR ENTRY:

Signature: */s/ Ryan Lloyd*  
RYAN LLOYD, #034323  
Clark & Washington, PC  
Attorneys for Debtor(s)  
237 French Landing Drive  
Nashville, TN 37228  
615-251-9782; Fax: 615-251-8919  
Email: cwnashville@cw13.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.