IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
**THOMAS WILLIAM PRIGNANO** )
**TOMME NOELLE PRIGNANO** ) **CASE NO: 20-01115-RSM-13**
**238 PARKER STREET** ) **CHAPTER 13**
**MANCHESTER, CT 06040** ) **JUDGE MASHBURN**
SSN: XXX-XX-9751/9207 )
**Debtors.** )

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: October 4th, 2021**
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE: October 13th, 2021**
**AT 8:30 AM IN COURTROOM ONE, SECOND FLOOR, CUSTOMS HOUSE, 701**
**BROADWAY, NASHVILLE, TN 37203**(refer to http://www.tnmb.uscourts.gov/ for updates regarding in-person hearings)

**NOTICE OF MOTION TO WAIVE DEBTORS REQUIREMENT TO ATTEND TRUSTEE'S FINANCIAL MANAGEMENT WORKSHOP**

    Debtors have asked the court for the following relief: to Waive Debtors Requirement to Attend Trustee's Financial Management Workshop.

    **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov><https://ecf.tnmb.uscourts.gov>.

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

    If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

    If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

Date: 9/13/2021                                    */s/ Alex Koval*
                                                                                   ALEX KOVAL, #029541
                                                                                    Clark & Washington, PC
                                                                                    Attorneys for Debtor(s)
                                                                                    237 French Landing Drive
                                                                                    Nashville, TN 37228
                                                                                    615-251-9782; Fax: 615-251-8919
                                                                                    Email: cwnashville@cw13.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| THOMAS WILLIAM PRIGNANO | ) | |
| TOMME NOELLE PRIGNANO | ) | CASE NO: 20-01115-RSM-13 |
| 238 PARKER STREET | ) | CHAPTER 13 |
| MANCHESTER, CT 06040 | ) | JUDGE MASHBURN |
| SSN: XXX-XX-9751/9207 | ) | |
| Debtors. | ) | |

### NOTICE OF MOTION TO WAIVE DEBTORS REQUIREMENT TO ATTEND TRUSTEE'S FINANCIAL MANAGEMENT WORKSHOP

Come the Debtors, Thomas William Prignano and Tomme Noelle Prignano, by counsel and hereby move this Honorable Court to waive Debtors' requirement to attend the Chapter 13 Trustee's Financial Workshop in person. As grounds for this Motion, the Debtors' counsel states as follows:

1. The Debtors filed their voluntary petition under Chapter 13 on February 21, 2020.

2. The *Order Granting Motion to Modify Chapter 13 Plan to Suspend Payments* entered on June 25, 2020, required that the Debtors attended the Chapter 13 Trustee's Financial Workshop in person within forty-five (45) days of its reopening.

3. The Chapter 13 Trustee's Office has reopened the Financial Workshop to the public effective September 7, 2021.

2. The Debtors have moved to Hartford, Connecticut and are expecting a new born child at the end of this month. An in person attendance would cause undue hardship to the Debtors due the cost, the burden and health risk of long-distance travel with a small child.

3. Debtors move this Honorable Court to waive Debtors' requirement to attend the Trustee's financial management workshop in person.

Respectfully submitted this the 13th day of September, 2021

                                                         */s/ Alex Koval*
                                                         ALEX KOVAL, #029541
                                                         Clark & Washington, PC
                                                         Attorneys for Debtor(s)
                                                         237 French Landing Drive
                                                         Nashville, TN 37228
                                                         615-251-9782; Fax: 615-251-8919
                                                         Email: cwnashville@cw13.com

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this the 13th day of September, 2021, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

Timothy Niarhos, Assistant U.S. Trustee
Henry Edward Hildebrand, III, Chapter 13 Trustee

*By U.S. Postal Service, postage prepaid to:*

The Debtors at the above referenced address and all creditors listed on the mailing matrix.

*By Certified Mail to:*

*Total Mailings by U.S. Postal Service: 1*

*/s/ Alex Koval*
ALEX KOVAL, #029541

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: ) | |
| THOMAS WILLIAM PRIGNANO ) | |
| TOMME NOELLE PRIGNANO ) | **CASE NO: 20-01115-RSM-13** |
| 238 PARKER STREET ) | **CHAPTER 13** |
| MANCHESTER, CT 06040 ) | **JUDGE MASHBURN** |
| SSN: XXX-XX-9751/9207 ) | |
| **Debtors.** ) | |

**ORDER GRANTING MOTION TO WAIVE DEBTORS' REQUIREMENT TO ATTEND TRUSTEE'S FINANCIAL MANAGEMENT WORKSHOP**

Upon consideration of the Motion for Waiver of Debtors requirement to attend Trustee's financial management workshop filed herein on the 13th day of September, 2021, and the twenty (21) days having passed within which to file an objection; it is hereby

**ORDERED**, that the Motion for Waiver Debtors requirement to attend Trustee's financial management workshop is hereby granted and the Debtors' shall be excused from the requirement to attend the Chapter 13 Trustee's Financial Workshop in person.

APPROVED FOR ENTRY:

*/s/ Alex Koval*
ALEX KOVAL, #029541
Clark & Washington, PC
Attorneys for Debtor(s)
237 French Landing Drive
Nashville, TN  37228
615-251-9782; Fax: 615-251-8919
Email: cwnashville@cw13.com