IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | CASE NUMBER: 20-01115-RSM |
|    THOMAS WILLIAM PRIGNANO ) | CHAPTER: 13 |
|    AND ) | |
|    TOMME NOELLE PRIGNANO ) | |
|    Debtors ) | |

NOTICE OF CHANGE OF DEBTOR'S ADDRESS

COMES NOW the debtors, by and through counsel, and hereby gives notice that his/her/their mailing address has changed as follows:

NEW ADDRESS:  THOMAS WILLIAM PRIGNANO
AND
TOMME NOELLE PRIGNANO
107 EMILY WAY
WEST HARTFORD, CT 06107

I certify that on this day, I served the Trustee, HENRY EDWARD HILDEBRAND, III   P. O. BOX 340019 NASHVILLE, TN 37203 with a copy of the 'Debtor's Change of Address', by electronic case filing.  I certify that I served the Debtor a copy of this Debtor's Change of Address by placing a true copy of the same in the United States Mail with adequate postage affixed to insure delivery addressed to:

| NEW ADDRESS: | OLD ADDRESS: |
|---|---|
| THOMAS WILLIAM PRIGNANO | THOMAS WILLIAM PRIGNANO |
| AND | AND |
| TOMME NOELLE PRIGNANO | TOMME NOELLE PRIGNANO |
| 107 EMILY WAY | 238 PARKER STREET |
| WEST HARTFORD, CT 06107 | MANCHESTER, CT 06040 |

THIS CHANGE OF ADDRESS WAS FURNISHED BY:

David Ward, Attorney for Debtor

Dated: 10/28/2021

/s/David Ward
David Ward, # 037717
CLARK & WASHINGTON, LLC
Attorney for Debtor(s)
237 French Landing
Nashville, TN 37228
615-251-9782; Fax 615-251-8919